**SO ORDERED.**

**SIGNED this 17th day of June, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS (TOPEKA)

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOSHUA LEE GILES ) | Case No. 11-40439 |
| LYNSI NICOLE GILES ) | Chapter 13 |
| **Debtors** ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER comes on for consideration upon the Motion of Capital One, N.A., the new owner of the account previously owned by HSBC Bank Nevada, N.A. Notice with opportunity for hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

The Court, upon reviewing the Motion and being duly advised in the premises, hereby finds that movant's Motion for Relief from the Automatic Stay to allow it to foreclose upon the 2004 Kawasaki KVF700A1 Prairie 4 x 4 ATV, VIN JKAVF6A144B508216, should be granted. It is, therefore

Order Granting Relief from the Automatic Stay
In Re: Joshua Lee Giles and Lynsi Nicole Giles
Case No. 11-40439
Page 2
_____

**ORDERED, ADJUDGED AND DECREED,** that Capital One, N.A. is hereby granted relief from the automatic stay pursuant to 11 U.S.C. §362 to take possession of the property (2004 Kawasaki KVF700A1 Prairie 4 x 4 ATV, VIN JKAVF6A144B508216), which is collateral for its indebtedness and may sell said collateral according to applicable state law.

###

Submitted by:

BERMAN & RABIN, P.A.

s/ Michael H. Berman
_____
Michael H. Berman   #11567
15280 Metcalf Avenue
Overland Park, Kansas 66223
mberman@bermanrabin.com
Tel: (913) 649-1555  Fax: (913) 652-9474
Attorney for 66 Federal Credit Union

s/Jan Hamilton
_____
Jan Hamilton #
507-9 SW Jackson
PO Box 3527
Topeka, KS 66601-3527
Trustee